(February 19, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JUAN R. SANCHEZ, Petitioner, v ROBERT H. KULMAN, as Superintendent of Sullivan Correctional Facility, Respondent.—Motion, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied. Main, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.